# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2012

144754

ST. PAUL COMMUNITY CHRISTIAN
CHURCH,
      Plaintiff/Counter Defendant-
      Appellant,

v

GMAC MORTGAGE, L.L.C.,
      Defendant/Counter Plaintiff/Third
      Party Plaintiff-Appellee,

and

TONYA G. REESE,
      Third Party Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144754
COA: 301749
Oakland CC: 2009-105036-CH

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2012

s0612

_____
Clerk